DAVID D. LIN (DL-3666)
LAUREN VALLI (LV-7672)
LEWIS & LIN, LLC
81 Prospect Street, Suite 8001
Brooklyn, NY 11201
David@iLawco.com
Lauren@iLawco.com
Telephone: (718) 243-9323
Facsimile: (718) 243-9326

*Attorneys for Plaintiff Christine Indursky*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

CHRISTINE INDURSKY

           *Plaintiff,*

vs.

KEITH DEWAR AND JOHN DOE,

           *Defendants.*

-------------------------------------------------------X

Docket No.: 1:20-cv-4215-RRM-SJB

## DECLARATION OF MONIQUE BULLITT

I, Monique Bullitt, declare under penalty of perjury that the following is true and correct:

1. I am the Legal Assistant at Lewis & Lin, LLC, Counsel for Plaintiff Indursky.

2. I am over 18 years of age and not party to this action.

3. On December 2, 2020, I mailed Defendant Keith Dewar the attached Order (Exhibit A) in a sealed envelope which I deposited in an official depositary under the exclusive care and custody of the United States Postal Service within the State of New York addressed to his last known address at:

    586 President Street
    Apartment 2C
    Brooklyn, NY 11215

Dated: December __3__, 2020
Brooklyn, NY

                                                                          *Monique Bullitt*
                                                                          Monique Bullitt