# Exhibit A



Lauren Valli <lauren@ilawco.com>

## Activity in Case 1:20-cv-04215-RRM-SJB Indursky v. Dewar et al Scheduling Order

ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>  Wed, Dec 2, 2020 at 3:02 PM
To: nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 12/2/2020 at 3:02 PM EST and filed on 12/2/2020
**Case Name:**       Indursky v. Dewar et al
**Case Number:**     1:20-cv-04215-RRM-SJB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**SCHEDULING ORDER: An initial/telephone conference will be held at 4:30 PM on 1/7/2021 before Magistrate Judge Sanket J. Bulsara. The parties are directed to call the toll-free number 877-336-1274. The access code is 6534420. The parties shall dial in five (5) minutes before the 4:30 PM conference. Plaintiff's counsel is directed to send a copy of this scheduling order to Defendants who is proceeding pro se, and file proof of service upon the docket. So Ordered by Magistrate Judge Sanket J. Bulsara on 12/2/2020. (Manson, Eddie)**

**1:20-cv-04215-RRM-SJB Notice has been electronically mailed to:**

David D. Lin     david@ilawco.com, 7991730420@filings.docketbird.com, docketing@ilawco.com

**1:20-cv-04215-RRM-SJB Notice will not be electronically mailed to:**

Keith Dewar
586 President Street
Apartment 2C
Brooklyn, NY 11215